| B 104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Terry Joe Anderson dba TJA Construction | Rottlund Homes of Iowa, Inc. |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Steven Goodlow<br>6 Washington Avenue West<br>Albia, Iowa 52531<br>641-932-2948 | Kathryn Barnhill<br>2100 Westown Parkway, Suite 210<br>West Des Moines, Iowa 50265 |

**PARTY** (Check one box only)  ☐ 1  U.S. PLAINTIFF   ☐ 2  U.S. DEFENDANT   ☑ 3  U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Turnover Property - 11 U.S.C. 542

**NATURE OF SUIT**
(Check the one most appropriate box only.)

☑ 454  To Recover Money or Property
☐ 435  To Determine Validity, Priority, or Extent of a Lien or Other Interest in Property
☐ 458  To obtain approval for the sale of both the interest of the estate and of a co-owner in property
☐ 424  To object or to revoke a discharge 11 U.S.C. § 727

☐ 455  To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
☐ 426  To determine the dischargeability of a debt 11 U.S.C. § 523
☐ 434  To obtain an injunction or other equitable relief
☐ 457  To subordinate any allowed claim or interest except where such subordination is provided in a plan

☐ 456  To obtain a declaratory judgment relating to any of foregoing causes of action
☐ 459  To determine a claim or cause of action removed to a bankruptcy court
☐ 498  Other (specify)

| **ORIGIN OF PROCEEDINGS** (Check one box only.) | ☑ 1 Original Proceeding | ☐ 2 Removed Proceeding | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another Bankruptcy Court | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 |
|---|---|---|---|---|---|

| **DEMAND** $ | OTHER RELIEF SOUGHT<br>Personal Property turned over to the Estate | ☐ JURY DEMAND<br>Check only if demanded in complaint |
|---|---|---|

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR<br>Terry Joe Anderson dba TJA Construction | BANKRUPTCY CASE NO.<br>06-1629 |
|---|---|

| DISTRICT IN WHICH CASE IS PENDING<br>Southern District of Iowa | DIVISIONAL OFFICE<br>Central Office | NAME OF JUDGE<br>Honorable Lee Jackwig |
|---|---|---|

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|

| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|

| **FILING FEE** (Check one box only.) | ☐ FEE ATTACHED | ☑ FEE NOT REQUIRED | ☐ FEE IS DEFERRED |
|---|---|---|---|

| DATE<br>August 25, 2006 | PRINT NAME<br>Steven E. Goodlow | SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>// Steven E. Goodlow |
|---|---|---|

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
P.O. Box 9264
Des Moines, Iowa 50306-9264

| | | |
|---|---|---|
| In the Matter of : | * | Case Number: 06-1629 |
| | | Chapter 7 |
| TERRY JOE ANDERSON | * | |
| dba TJA CONSTRUCTION | | |
| | * | |
| Debtor. | | |
| | * | Adversary Proceeding No. |
| | | |
| TERRY JOE ANDERSON | * | |
| dba TJA CONSTRUCTION, | | |
| | * | |
| Plaintiff, | | |
| | | |
| v. | * | |
| | | |
| ROTTLUND HOMES OF IOWA, INC., | * | |
| | | |
| Defendant. | * | |

COMPLAINT TO TURNOVER PROPERTY PURSUANT TO 11 U.S.C. §542

Comes Now, Terry Joe Anderson dab TJA Construction, by and through his attorney, Steven E. Goodlow, and alleges the following in support of Plaintiff's complaint for his Motion to Turn Over property state as follows:

1.    The Debtor filed his Chapter 7 bankruptcy on August 9, 2006.

2.    On July 27, 2006, the Mahaska County Sheriff executed a Sheriff's Ley on Personal Property owned by the debtor and others. The levy was precipitated by Rottlund Homes of Iowa by and through its attorney Kathryn Barnhill. See attached Exhibit A - Sheriff's Levy.

3.    The seized property is either exempt or secured by Horizon Federal Savings Bank

of Oskaloosa, Iowa.

    4.    Horizon Federal Savings Bank's UCC Financing Statement is Attached hereto as

Exhibit B.

    4.    Rottlund Homes of Iowa is an unsecured creditor.

    5.    Attached to this motion is the list of property seized by the Sheriff at the time of

the general execution. See Exhibit C attached.

    6.    Neither the sheriff or Rottlund Homes of Iowa is entitled to possession of the

property in question.

    7.    This complaint is filed pursuant to 11 U.S.C. §542 in as much as the property in

question is property of the estate and/or is exempt property.

    WHEREFORE the Debtor prays that the Court grant his Motion to Turnover property

and that the Mahaska County Sheriff and Rottlund Homes of Iowa be ordered to release and

return the personal property to the Debtor and/or the Truster for proper administration of the

bankruptcy estate.

 

        //s_____
        Steven Goodlow, 13634
        6 Washington Avenue West
        Albia, Iowa 52531
        (641) 932-2948
        Attorney for Terry Anderson

Dated: August 25, 2006

Copies:

| Donald Neiman | Kathryn Barnhill |
|---|---|
| 801 Grand Avenue, Suite 3700 | 2100 Westown Parkway, Suite 210 |
| Des Moines, Iowa 50309 | West Des Moines, Iowa 50265 |
| | |
| U.S. Trustee | Mahaska County Sheriff |
| Room 793 | Courthouse |

Federal Building                        106 South First Street
210 Walnut                              Oskaloosa, Iowa 52577
Des Moines, Iowa 50309

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
P.O. Box 9264
Des Moines, Iowa 50306-9264

| | | |
|---|---|---|
| In the Matter of : | * | Case Number: 06-1629 |
| | | Chapter 7 |
| TERRY JOE ANDERSON | * | |
| dba TJA CONSTRUCTION | | |
| | * | |
| Debtor. | | |
| | * | Adversary Proceeding No. |
| | | |
| TERRY JOE ANDERSON | * | |
| dba TJA CONSTRUCTION, | | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | * | |
| | | |
| ROTTLUND HOMES OF IOWA, INC., | * | |
| | | |
| Defendant. | * | |

## CERTIFICATE OF MAILING

In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies that the Motion to Turnover Property was served upon the individuals set forth below by electronic means on August 25, 2006.

Donald Neiman
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309


U.S. Trustee
Room 793
Federal Building
210 Walnut
Des Moines, Iowa 50309


In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies

that the Motion to Turnover Property was served upon the individuals set forth below by U.S. mail first class on August 25, 2006.

Kathryn Barnhill
2100 Westown Parkway, Suite 210
West Des Moines, Iowa 50265

Mahaska County Sheriff
Courthouse
106 South First Street
Oskaloosa, Iowa 52577

//s_____

Steven Goodlow, 13634
6 Washington Avenue West
Albia, Iowa 52531
(641) 932-2948
Attorney for Terry Anderson

*Exhibit – A*

# SHERIFF'S LEVY ON PERSONAL PROPERTY
# IOWA RULES OF CIVIL PROCEDURE 1.1020(2)

STATE OF IOWA

} ss.

COUNTY

Iowa District Court
COURT CASE #   LACL083820
Polk                                    COUNTY
                                        IOWA

Rottlund Homes of Iowa, Inc.
### JUDGMENT CREDITOR/PLAINTIFF
### VS
Terry Anderson d/b/a T & A Construction
### JUDGMENT DEBTOR/DEFENDANT

Last know address:   2010 Suffolk Road
                     Oskaloosa, Iowa

[X] Execution

[ ] Distress Warrant

[ ] Attachment

[ ] Other _____

I hereby certify that a(n) General Execution in the above cause came into my hands on July 24th _____, 20 06 and upon written directions I pervected the levy under the provisions of the Rules of Civil Procedure 1.1020(2) upon the following property of the defendant by viewing and inventorying the same located at 2010 Suffolk Road, Oskaloosa , Iowa in the possession of Terry Anderson d/b/a T & A Construction on July 27th , 20 06 .

[X] See attached certified list

Attorney directing levy   Kathryn S. Barnhill               Phone ( 515 ) 223-7230

**CERTAIN MONEY AND/OR PROPERTY MAY BE EXEMPT FROM LEVY. YOU SHOULD CONSULT YOUR ATTORNEY FOR A FULL EXPLANATION OF YOUR RIGHTS AND YOUR RIGHTS REGARDING A HEARING TO DETERMINE THESE RIGHTS PURSUANT TO THE IOWA SUPREME COURT ADMINISTRATIVE DIRECTIVE REGARDING LEVY PROCEDURES ISSUED FEBRUARY 17, 1989.**

The judgment amount due is $ 48,112.36 plus 3.25 % interest from July 20, 2006 plus $ 111.50 costs and accruing costs.

I hereby certify that I served the Judgment Debtor a copy of this Notice of Levy and described personal property levied upon by serving *Terry Anderson* at *2010 Suffolk Road* at *18:55* hours on *07-27* , 20 *06* .

Sheriff   Paul R. DeGeest , Mahaska County, Iowa

By _____ Deputy Sheriff

The Gold Staar 515-883-3388

*Exhibit B*

E724423

**FILED
SECRETARY OF STATE
IOWA**

**2006-01-09 14:25**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

HORIZON FEDERAL SAVINGS BANK

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name - do not abbreviate or combine names

| | ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | TJA CONSTRUCTION, INC | | | |
| | INDIVIDUALS LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2010 SUFFOLK RD | OSKALOOSA | IA | 52577 | USA |

| TAX ID# SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATIONAL ID # if any |
|---|---|---|---|---|
| | | CORPORATION | IOWA | 321355 |

SECURED PARTY'S NAME (or NAME OF TOTAL ASSIGENEE of ASSIGNOR S/P) - insert only one secured party name

| | ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | HORIZON FEDERAL SAVINGS BANK | | | |
| | INDIVIDUALS LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 301 FIRST AVENUE E | OSKALOOSA | IA | 52577 | USA |

This FINANCING STATEMENT covers the following collateral:

All accounts and other rights to payments, Inventory, Equipment, Instruments and Chattel Paper, General Intangibles, Documents, Farm Products and Supplies, Government Payments and Programs, Investment Property, Deposit Accounts whether now owned or hereafter acquired. OR All rights to payments, whether or not earned by performance, including, but not limited to, payment for property or services sold, leased, rented, licensed, or assigned. This includes any rights and interests (including all liens) which Debtor may have by law or agreement against any account debtor or obligor of Debtor. All inventory held for ultimate sale or lease, or which has been or will be supplied under contracts of service, or which are raw materials, work in process, or materials used or consumed in Debtor's business. All equipment including, but not limited to, machinery, vehicles, furniture, manufacturing equipment, farm machinery and equipment, shop equipment, office and record keeping equipment, parts, and tools. The property includes any equipment described in a list or schedule Debtor gives to Secured Party, but such a list is not necessary to create a valid security interest in all of Debtor's equipment. All instruments, including negotiable instruments and promissory notes and any other writings or records that evidence the right to payment of a monetary obligation, and tangible and electronic chattel paper. All general intangibles including, but not limited to, tax refunds, patents and applications for patents, copyrights, trademarks, trade secrets, goodwill, trade names, customer lists, permits and franchises, payment intangibles, computer programs, and all supporting information provided in connection with a transaction relating to computer programs, and the right to use Debtor's name. All documents of title including, but not limited to, bills of lading, dock warrants and receipts, and warehouse receipts. All farm products including, but not limited to, all poultry and livestock and their young, along with their produce, products, and replacements; all crops, annual or perennial, and all products of the crops; and all feed, seed, fertilizer, medicines, and other supplies used or produced in Debtor's farming operations. All payment, accounts, general intangibles, and benefits including, but not limited to, payments in kind, deficiency payments, letters of entitlement, warehouse receipts, storage payments, emergency assistance and diversion payments, production flexibility contracts, and conservation reserve payments under preexisting, current or future federal or state government program. All investment property including, but not limited to, certificated securities, uncertificated securities, securities entitlements, securities accounts, commodity contracts, commodity accounts and financial assets. All deposit accounts including, but not limited to, demand, time, savings, passbook, and similar accounts.

| ALTERNATIVE DESIGNATION [if applicable] | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum | Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] | Alt Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

OPTIONAL FILER REFERENCE DATA

MISCELLANEOUS

| This FINANCING STATEMENT covers | timber to be cut or | as extracted collateral, or is filed as a | fixture filing. Description of real estate: | Check only if applicable and check only one box. Debtor is a | Trust or | Trustee acting with respect to property held in trust or | Decedent's Estate |
|---|---|---|---|---|---|---|---|

Check only if applicable and check only one box.

*Exhibit C*

# SHERIFF'S LEVY ON PERSONAL PROPERTY

**Rottlund Homes of Iowa, Inc.**
**.Vs.**
**Terry Anderson d/b/a T & A Construction**

1. Blue Mx helmet
2. SLA 50 red 4 wheeler
3. Cutting torch w/oxygen + ace tank
4. Lincoln 225 amp stick welder
5. Cub Cadet 2166 riding mower Series 2001
6. Honda 250 EX SportTrax 478 TE 270 334 202 serial # 85
✗ 7. Farmall 560 w/ square baler
8. Snapper 5.5 hp push mower red
9. Stihl FS80R weed eater
10. Stihl FS80R weed eater
11. Kodiak Post hole digger blue
12. 18" HK Porter bolt cutters red
13. 24" red bolt cutters
14. Come along MVP Pro-Tech (cable puller)
✗ 15. Farmall M w/hayrack 2 wheel
16. jumper cables

17. 30' red bolt cutters

18. Wooden tool box w/assorted tools

19. Husky black case w/assorted air tools

20. 3/8" log chain

21. 5/16" log chain

22. 5/16" log chain

23. 5/16" log chain

24. 5/16" log chain

25. 8 lb sledge hammer

26. Shop Vac   4 1/2 hp   wet/dry   black   Model 86L450

27. Brinkmann gas grill Pro Series 2500

28. green 2 wheel dolly

29. True Temper green wheel barrow

30. Shovel

31. white metal lawn chair

32. white metal lawn chair

33. 3/8" + 1/2" socket set w/black case

34. Bernzomatic propane torch

35. Black wrought iron lawn chair

36. Black wrought iron table

37. _white horse trailer   License 3826 AX_
38. _utility trailer   10' bed   Price black   no plate_
39. _wrecking bar_
40. _20 lb   LP tank_
41. _20 lb   LP tank_
42. _wooden porch swing w/frame_
43. _6 lb bag   lava rock_
44. _51"  Murray   40 hp Dash Mower_
45. _cast iron  wood stove_
46. _3lft' log chain_
47. _red box  w/horse tack  ropes, bridles_
48. _white box  w/horse blankets_
49. _Horse Shoe Kit_
50. _Trimming Clippers   Oster_
51. _Trimming Clippers   Wahl_
52. _DeWalt Radio_
53. _Ranch King   110 v  electric Fencer_
54. _Saddle rack_
55. _Saddle rack_
56. _15"  Saddle      ID # 295_

57. Hecho 15½ Saddle

58. 16½ Saddle

59. 3 Saddle rack

60. Electric tank heater

61. Electric tank heater

62. Gate hinge kit

63. 10" pipe

64. Crud wrench 3/8" Socket Set

65. 8" Lakewood fan

66. 8" Lakewood fan

67. 8" Lakewood fan

68. 8" Lakewood fan

69. 8" Lakewood fan

70. 8" Lakewood Fan

71. 8 Lakewood fan

72. 8" Lakewood fan

73. 3/8" Skil 12 volt cordless drill w/gray case   Model 2475

74. Tank Heater

75. Tank Heater

76. Heated Bucket

77. Heated Bucket
78. Heated Bucket
79. Heated Bucket
80. Heated Bucket
81. Heated Bucket
82. Heated Bucket
83. Heated Bucket
84. Heated Bucket
85. Feed Feeder
86. Feed Feeder
87. Feed Bucket
88. Feed Bucket
89. Feed Bucket
90. Feed Bucket
91. Feed Bucket
92. Fork Drawer
93. Roll out Power Wagon
94. Shovel
95. Power Fork
96. 6' Lauer Step Ladder

97. _____ 8' aluminum Step Ladder _____

98. _____ Panels _____

99. _____ Silver Dune Buggy    License 305 BUC

100. ____ Dual Axle    Amhart    trailer    9991 KN

___ Ace Roto mold 450 gallon plastic tank

## SHERIFF'S LEVY ON PERSONAL PROPERTY

**Rottlund Homes of Iowa, Inc.**
**Vs.**
**Terry Anderson d/b/a T & A Construction**

101. Ace Rotomold 450 gallon plastic Tank # 6271 BP

102. Maclander Equipment trailer red

103. Dual Axle trailer   skid loader w/ramps  trailer

104. 6' tractor Blade   3pt hitch

105. 5/16" log chain

106. Allis Chalmers   WD45

107. 1987 Ford F250 Pickup 017 NMO

108. 1969 Camaro   VIN 124 379L 528808

109. Small Sledgehammer

110. Troy-bilt 6.5hp 21" Electric Snow Blower

picture  111. 7 red gates   metal

picture  112. # 21 orange gates   metal

picture  113. 10 red gates   metal

picture  114. 4 silver gates   metal

picture  115. 1 - 10' arch gate   metal

picture  116. 4 grey gates   metal

picture | 17. 4 corral gates metal

picture | 18. 4 blue gates metal

picture | 19. 3 walk gates metal

picture | 20. 3 hay feeders

* | 21. hay rack

* | 22. hay rack

picture | 23. 7 registered quarter horses + 2 colts

| 24. ~~2 sets~~ fork lift forks

picture | 25. California Cooperage Hot Tub

| 26. wrought iron table

| 27. wrought iron loveseat swing

| 28. 2 wrought iron chairs

| 29. oak table w/ 6 chairs

| 30. curio cabinet oak

| 31. oak china cabinet w/ hutch

| 32. set of 2 plant stands marble top

| 33. blue rocker recliner

| 34. blue rocker recliner

| 35. round wood end table

| 36. blue love seat

37. Wood gloss top end table

38. Wood glass top end table

39. Set white lamps w/pink shades

40. Wooden rocker

41. Tan tweed Sofa

42. Sanyo TV   V511059966 8074 w/remote

43. Wood entertainment Center

44. Emerson VCR Model VCR 3002

45. table lamp w/green shade

46. 2 piece Skyline blue luggage

47. 2 drawer wood ~~night~~ night stand

48. 4 drawer dresser

49. Weslo Cadence LS8 Treadmill

50. Soundesign AM.FM Stereo phongraph

51. JVC Stereo w/CD player and 5 speakers

52. Glass front Stereo Cabinet

53. Wood twil size bed + frame + mattress

54. Emerson Serial V21197740

55. Pink glass Swan

56. Deere figurine

57. Angel figurine

58. Little Dog figurine

59. White Swan Candle

60. Fox figurine

61. Clock figurine

62. Woman figurine

63. Woman Mask

64. Amber Woman figurine

65. heart Shaped Jewelry Ceramic box

66. Ceramic Chinese boy

67. Monkey figurine

68. Little boy figurine

69. Glass ball

70. Musical Horse

71. Canoe w/ Indians Ceramic

72. Indian w/drum figurine

73. Indian TeePee

74. Indian TePee Wicker

75. 2 wooden bowling Pins

76. White unicorn figurine

77. _____ Horn w/stand figurine
78. _____ 2 horses figurine
79. _____ Indian Chief figurine
80. _____ Indian Child figurine
81. _____ Small horse figurine ear missing
82. _____ Glass bear
83. _____ Little girl w/baby carriage
84. _____ Blue vase
85. _____ Crystal candle holder 2 piece
86. _____ Set of silverware 10 place setting in wooden box
87. _____ 2 piece Crystal Vase
88. _____ November plate On stand
89. _____ Victorian Couple figurine
90. _____ Blue boy figurine
91. _____ Angel figurine
92. _____ Angel Clock
93. _____ Man w/dog figurine
94. _____ Woman w/dog figurine
95. _____ little girl figurine
96. _____ Old woman figurine

97. _____ old man figurine _____

98. _____ man w/basket figurine _____

99. _____ woman w/basket _____

~~100.~~ _____ man w/ goose _____
200

**SHERIFF'S LEVY ON PERSONAL PROPERTY**

**Rottlund Homes of Iowa, Inc.**
**Vs.**
**Terry Anderson d/b/a T & A Construction**

20 1.    Night stand

20 2.    Woman w/chicken figurine

20 3.    Precious moments plaque

20 4.    Wooden lion Plaque

20 5.    Little girl in green dress figurine

20 6.    Woman w/fruit figurine

20 7.    Man w/ Shovel figurine

20 8.    Woman w/fabric dress

20 9.    Victorian Man figurine

2 10.    Victorian woman in pink figurine

2 11.    Victorian boy figurine

2 12.    Victorian girl figurine

2 13.    Victorian woman in green figurine

2 14.    Man w/knickers figurine

2 15.    Small green Pitcher & bowl

2 16.    Brass horse

17. Old man w/shovel figurine
18. Crystal basket   small
19. Old woman w/ grapes figurine
20. Orange Crystal basket
21. Blue glass bowl
22. Crystal glass candle holder w/bird & candle
23. Metal bell candle holder & blue cand
24. Heart shaped crystal candy dish w/glass marble
25. Round glass candle holder
26. Glass cake dish candle holder w/marble & candle
27. 5 drawer wood dresser
28.
29.
30.
31.
32.
33.
34.
35.
36.