UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
P.O. Box 9264
Des Moines, Iowa 50306-9264

_____

| | | |
|---|---|---|
| In the Matter of : | * | Case Number: 06-1629 |
| | | Chapter 7 |
| TERRY JOE ANDERSON | * | |
| dba TJA CONSTRUCTION | | |
| | * | |
| Debtor. | | |
| _____ | * | Adversary Proceeding No. 06-30161 |
| | | |
| TERRY JOE ANDERSON | * | |
| dba TJA CONSTRUCTION, | | |
| | * | |
| Plaintiff, | | |
| | | |
| v. | * | |
| | | |
| ROTTLUND HOMES OF IOWA, INC., | * | |
| | | |
| Defendant. | * | |

_____

PLAINTIFF'S DISMISSAL OF
COMPLAINT TO TURNOVER PROPERTY PURSUANT TO 11 U.S.C. §542
_____

Comes Now, Terry Joe Anderson dab TJA Construction, by and through his attorney, Steven E. Goodlow, and hereby dismisses it's Complaint for Turn Over property. The property in question has now been returned to the Plaintiff.

                                                     //s_____
                                                   Steven Goodlow, 13634
                                                   6 Washington Avenue West
                                                 Albia, Iowa 52531
                                                 (641) 932-2948
                                                 Attorney for Terry Anderson
                                                 d/b/a TJA Construction

Dated: January 26, 2007

Copies to:
Donald Neiman
801 Grand Avenue, Suite 3700
Des Moines, Iowa 50309


U.S. Trustee
Room 793
Federal Building
210 Walnut
Des Moines, Iowa 50309